IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**DAVID J. POGERELC,**<br><br>Defendant. | **VIOLATION:**<br>**9712082**<br>**Location Code: M13**<br><br><br><br>**ORDER** |

Based upon the United States' motion to accept the defendant's payment of a $40 fine and $30 processing fee for violation 9712082 (for a total of $70), and for good cause shown, IT IS ORDERED that the $70 fine paid by the defendant is accepted as a full adjudication of violation 9712082.

IT IS FURTHER ORDERED that the initial appearance scheduled for September 17, 2020, is VACATED.

DATED this 19th day of August, 2020.

_____
John Johnston
United States Magistrate Judge